THOMAS SWEENY, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondents.

(Argued May 29, 1874; decided June 9, 1874.)

*John S. Lawrence* for the appellant.

*E. Delafield Smith* and *David J. Dean* for the respondents.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.